IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC., CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.<br>)<br>)<br>)<br>)  |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for, SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND furnished the following in compliance with Local Rule 11.3 of this Court.

    (a)    SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND

    (b)    Not applicable.

    (c)    CAVANAGH & O'HARA

       William K. Cavanagh
       Michael O'Hara
       Patrick J. O'Hara
       James P. Moody
       John T. Long
       Britt W. Sowle

DATED this ___10TH___ day of October 2006.

    SHEET METAL WORKERS LOCAL #218
    HEALTH & WELFARE FUND, *et. al.*,
    Plaintiffs,

    By:___s/ Britt W. Sowle_____
        BRITT W. SOWLE
        **CAVANAGH & O'HARA**
        1609 North Illinois Street
        Swansea, Illinois 62226
        Telephone:  (618)222-5945
        Facsimile:  (618) 222-6755
        britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\Advanced Metal\Certif.Interest.wpd