# UNITED STATES DISTRICT COURT

CENTRAL    District of    ILLINOIS

SHEET METAL WORKERS LOCAL #218
FRINGE BENEFIT FUNDS, et. al.

V.

ADVANCED METALCON &
ASSOC. CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3239

TO: (Name and address of Defendant)

Jeff Kroll, President - *Personal Service Only*
Advanced Metalcon & Assoc. Corp.
6515 Willow
Spring Grove, Illinois 60081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-5945

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                            10/16/06

CLERK                                                        DATE

s/ M. Eddings

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____
_____
_____

☐  Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


   Executed on  _____      _____
                         Date                              *Signature of Server*


                                              _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.