# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

SHEET METAL WORKERS LOCAL #218
FRINGE BENEFIT FUNDS, et. al.

**SUMMONS IN A CIVIL CASE**

V.

ADVANCED METALCON &
ASSOC. CORP.

CASE NUMBER: 06-3035

TO: (Name and address of Defendant)

Jeff Kroll, President - *Personal Service Only*
Advanced Metalcon & Assoc. Corp.
6515 Willow
Spring Grove, Illinois 60081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-5945

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE

(By) DEPUTY CLERK



## Keith Nygren, Sheriff of McHenry County, Woodstock, IL
### Civil Process Proof of Service
2200 N. Seminary Avenue, Woodstock, IL 60098    (815) 334-4720

Case Number 063229    Docket-No F-2006-02009
Case Name SHEET METAL WORKERS LOCAL #218 FRINGE BENEFITS FUNDS VS ADVANCED META
Paper-Type SMS/Cmplnt
Add'l Paper-Info CENTRAL DISTRICT

**DEFENDANT** ADVANCED METALCON & ASSOC CORP.
AKA SERVE: JEFF KROLL  PRESIDENT
Age 0 Years Old    Sex    Race
Employer
Address 6515 WILLOW
Home Address
SPRING GROVE, IL 60081-

**SERVICE INFORMATION**
Date Received 10/24/2006    Date Returned 10/27/2006
Date Served 10/27/2006    Time Served 7:00 AM
How Served Corporate
Person Served JEFF KROLL
Relationship to Defendant President
Age 41 Years Old    Sex Male    Race White / Caucasian
Comments
Deputy 1215    PISTONE, JOSEPH H.
Deputy's Signature _Joseph H. Pistone_

**FEES**    Service and Return: $ 31.65    Mileage: $ 20.00    Total: $ 51.65

Monday, October 30, 2006