AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, et al.
            Plaintiffs,

v.

ADVANCED METALCON & ASSOC. CORP.
            Defendant.

**APPEARANCE**

Case Number:  06-CV-3239

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Advanced Metalcon & Assoc. Corp.

I certify that I am admitted to practice in this court.

| 11/15/2006 | *[signature]* |
|---|---|
| Date | Signature |
|  | Vincent T. Borst — 6192904 |
|  | Print Name / Bar Number |
|  | Askounis & Borst, P.C., 180 N. Stetson, Suite 3400 |
|  | Address |
|  | Chicago, IL 60601 |
|  | City / State / Zip Code |
|  | 312-861-7100 / 312-861-0022 |
|  | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing **Appearance for Vincent T. Borst** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participant: Britt W. Sowle, Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

                                                  s/ Vincent T. Borst