IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED METALCON & ASSOC. CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 06-CV-3239 ) ) ) ) |

**PLAINTIFFS' ANSWER TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES Plaintiffs, SHEET METAL WORKERS #218, SHEET METAL WORKERS #218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS #218 APPRENTICESHIP FUND, SHEET METAL WORKERS #218 HEALTH & WELFARE FUND, SHEET METAL WORKERS #218 FRINGE BENEFIT FUNDS and SHEET METAL WORKERS #218 INDUSTRY FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Answer to Defendant's Affirmative Defenses state:

1.  Plaintiffs deny each and every allegation contained in paragraph 1.

2.  Plaintiffs deny each and every allegation contained in paragraph 2.

3.  Plaintiffs deny each and every allegation contained in paragraph 3.

WHEREFORE, Plaintiffs pray as follows:

A. That Judgment be entered in favor of Plaintiff and against Defendant for its employee contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim,

B. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiff Funds, specifically submit reporting forms for the period of February 2006 through current.

C. That Defendant be decreed to pay to the Plaintiff Funds their reasonable attorneys fees in the amount of $1,210.65, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D. That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

E. That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable, all at Defendant's cost.

        SHEET METAL WORKERS LOCAL 218 HEALTH
        & WELFARE FUND, et. al., Plaintiffs,

By:    s/ Britt W. Sowle
      BRITT W. SOWLE
      **CAVANAGH & O'HARA**
      Attorneys for Plaintiffs
      1609 North Illinois Street
      Swansea, Illinois 62226
      Telephone:   (618)222-5945
      Facsimile:   (618) 222-6755
      britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, Plaintiffs, vs. ADVANCED METALCON & ASSOC. CORP., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 06-CV-3239 ) ) ) ) |

**Certificate of Service**

I hereby certify that on November 28, 2006, I electronically filed Plaintiffs' Answer to Defendant's Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send such notification of such filings(s) to the following:

Vincent T. Borst        vtborst@askborst.com

                                                 Respectfully submitted,
                                                 s/Britt W. Sowle
                                                 Britt W. Sowle
                                                 Cavanagh & O'Hara
                                                 1609 North Illinois Street
                                                 Swansea, Illinois 62226
                                                 Phone: (618)222-5945
                                                 Fax: (618)222-6755
                                                 E-mail: britt@cavanagh-ohara.com