**E-FILED**
Tuesday, 12 December, 2006  08:11:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 218 | ) | |
| HEALTH & WELFARE FUND, SHEET METAL, | ) | |
| WORKERS LOCAL 218 PENSION FUND, | ) | |
| SHEET METAL WORKERS LOCAL 218 | ) | |
| APPRENTICESHIP  FUND, SHEET METAL | ) | |
| WORKERS LOCAL 218 FRINGE BENEFIT | ) | |
| FUNDS, SHEET METAL WORKERS LOCAL | ) | |
| 218 INDUSTRY FUND and SHEET METAL | ) | |
| WORKERS LOCAL #218 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  06-3239 |
| | ) | |
| ADVANCED METALCON & ASSOC. | ) | |
| CORP., | ) | |
| Defendant. | ) | |

**PROPOSED DISCOVERY PLAN**

NOW COME the Plaintiffs, SHEET METAL WORKERS LOCAL #218 HEALTH &

WELFARE FUND, et. al., by and through its counsel, Cavanagh & O'Hara, and Defendant,

ADVANCED METALCON & ASSOC., CORP., by and through its counsel, Askounis & Borst,

P.C., and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit

the following proposed discovery plan.

1.    All motions to amend pleadings and/or add parties are to be filed by December

29, 2006, unless good cause is shown;

2.    All written discovery requests are to be served by January 26, 2007;

3.    Depositions of the parties and fact witnesses shall be completed by April 30,

2007;

4.      All fact discovery shall be completed by April 30, 2007;

5.      Plaintiffs' opinion witnesses, if any, shall be disclosed by April 30, 2007. Reports

of opinion witnesses are due on the date of disclosure.  These opinion witnesses

shall be made available for deposition before June 15, 2007;

6.      Defendant's opinion witnesses, if any, shall be disclosed by May 15, 2007.

Reports of opinion witnesses are due on the date of disclosure.  These opinion

witnesses shall be made available for deposition before June 29, 2007;

7.      Dispositive motions are to be filed by July 6, 2007;

8.      This case is set for pretrial in October 2007;

9.      This case is set for trial in November 2007.

Respectfully submitted,

| | |
|---|---|
| SHEET METAL WORKERS LOCAL #218 | ADVANCED METALCON & ASSOC. |
| HEALTH & WELFARE FUND | CORP. |
| BRITT W. SOWLE | VINCENT T. BORST |
| Attorney for Plaintiffs | Attorney for Defendant |


| | |
|---|---|
| By: s/ Britt W. Sowle | By: s/Christian J. Jorgensen |
| Britt W. Sowle | Christian J. Jorgensen |
| **CAVANAGH & O'HARA** | **ASKOUNIS & BORST, P.C.** |
| 1609 North Illinois Street | 180 N. Stetson, Suite 3400 |
| Swansea, Illinois 62226 | Chicago, Illinois 60601 |
| Telephone: 618/222-5945 | Telephone: 312/861-7100 |
| Facsimile: 618/222-6755 | Facsimile: 312/861-0022 |
| britt@cavanagh-ohara.com | cjorgensen@askborst.com |