AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, et al.
    Plaintiffs,

v.

ADVANCED METALCON ASSOC. CORP.
    Defendant.

**APPEARANCE**

Case Number: 06-CV-3239

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Advanced Metalcon & Assoc. Corp.

I certify that I am admitted to practice in this court.

12/12/06
Date

*[signature]*
Signature

Christian J. Jorgensen     6243203
Print Name     Bar Number

Askounis & Borst, P.C., 180 N. Stetson Ave., Suite 3400
Address

Chicago     IL     60601
City     State     Zip Code

(312) 861-7100     (312) 861-0022
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing **Appearance of Christian J. Jorgensen** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participant: Britt W. Sowle, Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

s/ Christian J. Jorgensen