IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METALWORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED METALCON & ASSOC. CORP., <br><br> Defendant. | Case No. 06-CV-3239 |

**ADVANCED METALCON & ASSOC. CORP.'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

NOW COMES the Defendant, ADVANCED METALCON ASSOC. CORP. (the "Defendant"), by and through its attorneys, Askounis & Borst, P.C., and for its Initial Disclosures to SHEET METALWORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218's (collectively the "Plaintiffs") pursuant to Rule 26(a)(1), states as follows:

1

(A) Jeffery Kroll, a principal of Advance Metalcon & Assoc. Corp. Mr. Kroll shall testify regarding all aspects of the business, Defendant's membership in another Local, and all work performed in Champaign, Illinois during the period alleged in Plaintiffs' Complaint. Mr. Kroll shall also testify to the number of employees retained in Champaign, Illinois, and the time period in which each employee worked.

(B) The only relevant documents Defendant is aware of at this time are the Remittence Reports already attached to Plaintiffs' Complaint. Defendant was working in Champaign on a bid, without an executed contract. Defendant shall supplement these Disclosures if and when other responsive documents come to its attention.

(C) Defendant is not claiming any damages.

(D) N/A.

ADVANCED METALCON & ASSOC. CORP.,

By:  s/Vincent T. Borst
Vincent T. Borst, Esq. (lead counsel)
Christian J. Jorgensen, Esq.
Askounis & Borst, P.C.
Two Prudential Plaza
180 North Stetson Ave., Suite 3400
Chicago, IL 60601
(312) 861-7100
(312) 861-0022 (facsimile)
vborst@askborst.com
cjorgensen@askborst.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007, I electronically served the foregoing **Initial Disclosures Pursuant to Rule 26(a)(1)** upon

s/ Vincent T. Borst