E-FILED
Monday, 12 February, 2007  02:29:09 PM
Clerk, U.S. District Court, ILCD

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically served the foregoing **Initial Disclosures Pursuant to Rule 26(a)(1)** upon the following CM/ECF participant: Britt W. Sowle, Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

s/ Vincent T. Borst