IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METALWORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED METALCON & ASSOC. CORP., <br><br> Defendant. | Case No. 06-CV-3239 |

### DEFENDANT'S ATTORNEYS' MOTION TO WITHDRAW APPEARANCES ON BEHALF OF DEFENDANT

NOW COMES Vincent T. Borst and Christian J. Jorgensen, the attorneys of record for the Defendant Advanced Metalcon & Associates Corp., and move this Court for entry of an order granting them leave to withdraw their appearances on behalf of the Defendant in this matter. In support of this motion, the attorneys of record for Defendant state as follows:

1. Mr. Borst and Mr. Jorgensen have been attorneys of record for the Defendant since November 15, 2006 and December 12, 2006, respectively.

2. At all times Mr. Borst and Mr. Jorgensen have attempted to diligently and vigorously represent the interests of the Defendant

3. Mr. Borst and Mr. Jorgensen have recently been informed that the Defendant has ceased doing business and that the Defendant is unable to make payment to its attorneys' law

firm for the legal services provided to the Defendant and for the expenses incurred in connection with the provision of those services, and has instructed Mr. Borst, Mr. Jorgensen and Askounis & Borst, P.C. to take no further action on its behalf in this matter.

4. Accordingly, Mr. Borst and Mr. Jorgensen seek an entry of an order granting them leave to withdraw their appearances on behalf of the Defendant in this action

5. Mr. Borst and Mr. Jorgensen have provided notice to the Defendant, through the Defendant's officer, Jeff Kroll, of this motion and of the date and time of its scheduled hearing, by e-mail, fax and telephone.

6. If a hearing on this matter is required, Mr. Borst and Mr. Jorgensen request that it be held telephonically.

WHEREFORE, the attorneys of record for the Defendant, Advanced Metalcon & Assoc. Corp., respectfully request that this Court enter an order granting them leave to withdraw their Appearances on behalf of the Defendant in this matter; that any hearing be telephonic; and for such other and further relief as is appropriate under the circumstances.

By: s/ Vincent T. Borst

Vincent T. Borst, Esq.
Askounis & Borst, P.C.
Two Prudential Plaza
180 N. Stetson
Suite 3400
Chicago, IL 60601
(312)861-7100 (ph)
(312)861-0022 (f)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2007, I electronically served the foregoing **Defendant's Attorney's Motion to Withdraw Appearances on Behalf of Defendant** upon the following CM/ECF participant: Britt W. Sowle, Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

                                                s/ Vincent T. Borst

U:\CJorgensen\Advanced Metalcon\sheet metal local 218\pleadings\Motion to Withdraw.wpd