IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,    Plaintiffs, vs. ADVANCED METALCON & ASSOC. CORP.,    Defendant. | No. 06-3239 |

**MOTION FOR STATUS CONFERENCE**

NOW COME Plaintiffs, SHEET METAL WORKERS LOCAL #218 HEALTH & WELFARE FUND, *et. al.*, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Status Conference, and in support thereof, states:

1. That the Complaint in this matter was filed on October 18, 2006, in which Plaintiff sought judgment for delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

2. That on October 27, 2006, Jeff Kroll, President of Advanced Metalcon & Assoc. Corp., was duly served by McHenry County Sheriff's Department with said Complaint and

Summons.

3. That the Defendant filed an Answer and Affirmative Defenses to the Complaint on November 15, 2006.

4. That this matter is scheduled for trial on November 6, 2007.

5. That on March 13, 2007, Counsel for Defendants, Attorney Vincent T. Borst and Attorney Christian J. Jorgensen, filed Motions to Withdraw as Attorney on behalf of Defendant.

6. That on April 2, 2007, the Court allowed Attorney Borst and Attorney Jorgensen's Motions to Withdraw and Defendant was ordered to retain replacement counsel by June 11, 2007.

WHEREFORE, Plaintiffs are seeking a Motion for Status Conference to ascertain what additional action, if any, is required.

        SHEET METAL WORKERS LOCAL #218
        HEALTH & WELFARE FUND, et. al,
        Plaintiffs

        By:   /s/ Britt W. Sowle

        Britt W. Sowle
        **CAVANAGH & O'HARA**
        **Attorneys for Plaintiffs**
        1609 North Illinois Street
        Swansea, Illinois 62226
        Telephone:   (618) 222-5945
        Facsimile:(618) 222-6755
        brittsowle@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, Plaintiffs, vs. ADVANCED METALCON & ASSOC. CORP., Defendant. | No. 06-CV-3239 |

**Certificate of Service**

I hereby certify that on June 11, 2007, I electronically filed a Motion for Status Conference with the Clerk of Court using the CM/ECF system and I hereby certify that on June 11, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Mr. Jeff Kroll, President
Advanced Metalcon & Assoc. Corp.
6515 Willow
Spring Grove, Illinois 60081

                                        Respectfully submitted,
                                        s/britt w. sowle
                                        Britt W. Sowle
                                        Cavanagh & O'Hara
                                        1609 North Illinois Street
                                        Swansea, Illinois 62226
                                        Phone: (618)222-5945
                                        Fax: (618)222-6755
                                        E-mail: britt@cavanagh-ohara.com