IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br><br>　　　　Defendant. | No. 06-CV-3239 |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

1.　That the Complaint in this matter was filed on October 18, 2006, in which Plaintiff sought judgment for delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment, have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

2.　That on October 27, 2006, Jeff Kroll, President of Advanced Metalcon & Assoc. Corp., was duly served by McHenry County Sheriff's Department with said Complaint and Summons.

3.　That the Defendant filed an Answer and Affirmative Defenses to the Complaint on November 15, 2006.

4. On January 10, 2007, this Court entered a Scheduling Order in which a pretrial conference was set for October 29, 2007 and a trial was set for November 6, 2007.

5. That on March 13, 2007, Counsel for Defendants, Attorney Vincent T. Borst and Attorney Christian J. Jorgensen, filed Motions to Withdraw as Attorney on behalf of Defendant.

6. That on April 2, 2007, the Court allowed Attorney Borst and Attorney Jorgensen's Motions to Withdraw and Defendant was ordered to retain replacement counsel by June 11, 2007.

7. On April 2, 2007, the Court directed the Defendant to secure new counsel by May 4, 2007.

8. Since April 2, 2007, no attorney has filed an entry of appearance on behalf of the Defendant.

9. Advanced Metalcon & Assoc. Corp., is a corporation, and a corporation cannot litigate pro se in federal court. *Old Ben Coal Co v Office of Workers Compensation Programs* 476 F.3d 418 (7th Cir., 2007).

10. Because an attorney had not filed an appearance on behalf of the Defendant, Plaintiffs requested a Status Hearing on June 11, 2007 to determine if Defendant intended to secure counsel and defend against the present case. The Court set the Status Conference for July 12, 2007 at 9:30 a.m..

11. Plaintiffs' counsel served the Notice of Status Conference on Defendant by regular mail and certified mail to Jeff Kroll, President. The Notice was delivered to Jeff Kroll at 6515 Willow, Spring Grove, Illinois 60081.

12. Defendant did not respond to the Notice of Status Conference nor did a representative or counsel appear on behalf of the Defendant at the July 12, 2007 Status Hearing.

13. Based on Defendant's failure to: 1) secure new counsel as directed by the Court on

April 2, 2007; 2) respond to Plaintiff's Motion for Status Conference; and 3) appear at the July 12, 2007 Status hearing, Defendant has demonstrated that it does not intend to defend the case against it.

14.    Under Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff is entitled to an Entry of Default if the Defendant fails to otherwise defend its case.

15.    An entry of default is proper when a defendant exhibits a willful refusal to litigate a case properly. *Davis v. Hutchins* 321 F.3d 641, 646 (7th Cir. 2003) *citing Hal Commodity Cycles Mgmt. Co. v. Kirsh* 825 F.2d 1136, 1138 (7th Cir. 1987).

16.    In *Davis*, the defendant did not file an appearance until after an entry of default had been entered; he ignored plaintiff's discovery requests; he disregarded local rules while filing motions; and he failed to appear at the hearing regarding the Plaintiff's motion for entry of default. *Id.* at 646-647. As a result, the district court granted plaintiff's motion for entry of default. The Seventh Circuit upheld the district court's entry of default on the ground that defendant's actions showed a continued and willful disregard for the litigation and for the procedures in federal court. *Id.* at 647.

17.    Similarly, the Defendant here has ignored this Court's directive of April 2, 2007 to retain counsel. As a result, Plaintiffs had to request a Status Hearing. Defendant did not respond to Plaintiff's Motion for Status Conference nor did Defendant attend the Status Hearing. Thus, Defendant has shown a willful disregard for this litigation and for federal court procedures.

18.    Accordingly, Plaintiffs seek an Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request this Court to grant Plaintiffs' Motion for

Entry of Default.

                                            SHEET METAL WORKERS LOCAL #218
                                            HEALTH AND WELFARE FUND, et. al.,
                                            Plaintiffs

                                          By: s/Britt W. Sowle
                                                Britt W. Sowle
                                                **CAVANAGH & O'HARA**
                                                Attorneys for Plaintiffs
                                                1609 North Illinois Street
                                                Swansea, Illinois 62226
                                                Telephone: (618)222-5945
                                                Facsimile: (618)222-6755
                                                britt@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

  I certify on July 17, 2007, I mailed the foregoing document by U.S. Mail, First Class prepaid postage to:

Mr. Jeff Kroll, President
Advanced Metalcon & Assoc. Corp.
6515 Willow
Spring Grove, Illinois 60081

                 By:s/Britt W. Sowle
                 Britt W. Sowle
                 **CAVANAGH & O'HARA**
                 Attorneys for Plaintiffs
                 1609 North Illinois Street
                 Swansea, Illinois 62226
                 Telephone: (618)222-5945
                 Facsimile: (618)222-6755
                 britt@cavanagh-ohara.com