IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, et al, ) ) ) Plaintiffs, ) ) -vs- ) ) ADVANCED METALCON & ASSOC CORP., ) ) Defendant . ) | No. 06-CV-3239 |

## ORDER OF DEFAULT

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

This cause coming on to be heard before the Court upon Plaintiffs' Motion for Entry of Default [16] pertaining to Defendant Advanced Metalcon & Assoc Corp. The Court, being fully advised in the premises, finds that Defendant Advanced Metalcon & Assoc Corp. was duly served with summons through it's President Jeff Kroll and did file an Answer [6] through counsel to the Complaint on November 15, 2006. However, on March 13, 2007, Defendant's counsel filed Motions to Withdraw [13] [14] which were allowed by Text Order on April 2, 2007. Defendant was advised to find replacement counsel as a corporate defendant cannot represent itself. As Defendant had not obtained replacement counsel as directed, on June 11, 2007, Plaintiffs' counsel filed a Motion for Status Conference [15] and due notice was given to Defendant. Defendant failed to appear at the status conference on July 12, 2007 and Plaintiffs' counsel was directed to file an appropriate motion to move the matter to closure. Thus, before the Court is Plaintiffs' Motion for Entry of Default [16]. The Court finds that in light of the history of this case, default of corporate Defendant Advanced Metalcon & Assoc Corp. is warranted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Advanced Metalcon & Assoc Corp. for its failure to defend itself in this cause as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a default judgment against Defendant Advanced Metalcon & Assoc Corp.

ENTERED this 17th day of July, 2007.

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE