IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br>    Defendant. | No. 06-CV-3239 |

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, ADVANCED METALCON & ASSOC. CORP.

    1.    That the Complaint in this matter was filed on October 18, 2006, in which Plaintiff sought judgment for delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment, have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

    2.    That on October 27, 2006, Jeff Kroll, President of Advanced Metalcon & Assoc. Corp., was duly served by McHenry County Sheriff's Department with said Complaint and

Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. That the Plaintiffs' claim is for delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment, have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim;

5. That the Plaintiffs are entitled to its attorney's fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney's Fees of Britt W. Sowle

WHEREFORE, Plaintiffs pray for judgment against the Defendant, ADVANCED METALCON & ASSOC. CORP., as follows:

A. That Judgment be awarded in favor of the Plaintiffs and against the Defendant in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment, have not been remitted to the Fund.

B. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs, the required contributions reports and payments heretofore referred to.

C. That Defendant be decreed to pay to the Plaintiffs their attorney's fees to date in the amount of $2,895.65, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D. That Plaintiffs be awarded such other and further relief as the court deems just and

equitable, all at Defendant's cost.

                                                              Respectfully submitted,

SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,

By:   s/Britt W. Sowle
      BRITT W. SOWLE
      **CAVANAGH & O'HARA**
      Attorneys for Plaintiffs
      1609 North Illinois Street
      Swansea, Illinois 62226
      Telephone: (618) 222-5945
      Facsimile: (618) 222-6755
      britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\Advanced Metal\M-DJ.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOCIATION CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 06-CV-3239<br>)<br>)<br>)<br>)<br>) |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES

BRITT W. SOWLE, being first duly sworn, on oath deposes and states that the following itemization accurately reflects the time expended with respect to the above-captioned matter:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 7/11/06 | Received and reviewed fax from Paul Hayes regarding delinquent employer. Preparation of letter to employer demanding reporting forms and contributions for December 2005 through current via certified and regular mail. | 1.00 |
| 8/31/06 | Review file. Contacted insurer to discuss bond claim issue. Contacted local to provide update. | 0.50 |
| 9/8/06 | Review file. Telephone conference with employer regarding delinquent amounts still owed. Left voice message. | 0.50 |
| 9/14/06 | Research Illinois Secretary of State to obtain corporate information. Telephone conference with Sheriff's Department regarding service of summons. Preparation of draft Complaint | |


EXHIBIT A

|  |  |  |
|---|---|---|
|  | for delinquent contributions, Summons, Certificate of Service and Affidavit in Support of Attorney Fees. | 1.80 |
| 9/15/06 | Finalize Complaint. Preparation of Civil Cover Sheet. Assemble Exhibits. File pleadings with U.S. District Court via electronic filing. Preparation of correspondence to U.S. District Court enclosing filing fee for same. | 0.60 |
| 9/22/06 | Review of file; Received call from employer regarding his attorney's contact information and status of case against contractor; Left telephone message for attorney regarding timetable for filing Complaint. | .35 |
| 9/28/06 | Review file; Received and reviewed letter from employer's attorney. Contacted Fund Office to discuss; Drafted response letter to attorney with reporting instructions and additional questions. | .75 |
| 10/4/06 | Contacted employers attorney to request written outline of current litigation against General Contractor. Reviewed file prior to call. | .40 |
| 11/2/06 | Received and reviewed executed Summons from Sheriff's Department; File same with U.S. District Court via electronic filing. | .40 |
| 11/21/06 | Received and reviewed Notice of Rule 16 Scheduling Conference from U.S. District Court; Review of file; Preparation of proposed Discovery Plan; Preparation of fax to Attorney Vincent Borst regarding same. | 1.00 |
|  | Review of proposed Discovery Plan and cutoff dates. Submitted to employer's attorney for approval. | .15 |
| 11/22/06 | Reviewed file; Received and reviewed Defendant's Answer and Affirmative Defenses. Drafted response to Defendant's Affirmative Defenses. | 1.00 |
| 11/28/06 | Preparation of Certificate of Service; File Plaintiff's Answer to Defendant's Affirmative Defenses with U.S. District Court via electronic filing. | .40 |
| 12/7/06 | Received and reviewed draft discovery plan and attorney changes. Contacted attorney to discuss and prepared final document for filing. | .25 |
| 12/12/06 | Finalize Discovery Plan; File same with U.S. District Court via electronic filing. | .30 |

| Date | Description | Hours |
|---|---|---|
| 01/10/07 | Prepared for Rule 26(f) hearing; Conducted hearing and reviewed discovery plan. | .50 |
| 01/15/07 | Reviewed file; Received and reviewed request for documentation from employer's attorney. Contacted the Fund Office regarding same. | .50 |
| 01/16/07 | Review file; Preparation of fax to Mendy at the Fund Office regarding breakdown of amounts due; Review of file. | .30 |
| 02/13/07 | Received and reviewed Initial Disclosures and Certificate of Service from Attorney Vincent Borst; Review of file. | .30 |
| | Review of file; Preparation of Plaintiff's Rule 26(a)(1) Disclosures and Certificate of Service; Transmittal of same to Attorney Borst. | 1.00 |
| 02/26/07 | Received and reviewed fax from Mendy regarding breakdown of amounts due; Review of file; Calculate liquidated damages. | .30 |
| 03/13/07 | Received and reviewed opposing counsel's Motion to Withdraw. Review of file; Researched ability under rules to file Summary Judgment. | .15 |
| 03/14/07 | Received and reviewed Motion to Withdraw as Attorney for Defendant from Attorney Vincent Borst. | .25 |
| | Received and reviewed Motion to Withdraw as Attorney for Defendant from Attorney Christian Jorgenson. | .25 |
| 04/2/07 | Received and reviewed an Order from U.S. District Court allowing for council for Defendant's Motion to Withdraw and allowing Defendant until 5/4/07 to retain replacement counsel. | .25 |
| 05/9/07 | Review file; Preparation of Motion for Status Conference and Certificate of Service. | 1.00 |
| | Received and reviewed Order from Judge Cudmore giving Defendant an extension of time to obtain counsel. | .15 |
| 06/11/07 | Review of file; Preparation of Motion for Status Conference and Certificate of Service; File same with U.S. District Court via electronic filing; Transmittal of same to Defendant. | 1.25 |
| 06/12/07 | Received and reviewed Order from U.S. District Court regarding hearing set for status; Preparation of letter to Jeff Kroll regarding same via | |

|  |  |  |
|---|---|---|
|  | certified and regular mail. | 1.00 |
| 06/14/07 | Review of file and check status of matter. | .15 |
| 07/17/07 | Review file. Preparation of draft Request for Entry of Default; File same with U.S. District Court via electronic filing. | 1.00 |
|  | Received and reviewed Court's Order granting Plaintiff's Request for Entry of Default Judgment. | .30 |
| 07/18/07 | Preparation of Motion for Default Judgment, Order, Amended Affidavit of Attorney Fees, Notice of Filing and Certificate of Service. File same with U.S. District Court via electronic filing. | 1.50 |
|  | TOTAL HOURS 7.30 X $185.00 PER HOUR = | $1,350.50 |
|  | TOTAL HOURS 1.30 X $195.00 PER HOUR= | $253.50 |
|  | TOTAL HOURS 9.95 X $90.00 PER HOUR= | $895.50 |
| 9/15/06 | U.S. District Court - filing fee | $ 350.00 |
| 9/15/06 | McHenry Sheriff Fees | $ 46.65 |
|  | **_TOTAL FEES AND COSTS INCURRED TO DATE_**: | $2,895.65 |

Further, Affiant sayeth naught

s/ Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:  (618) 222-5945
Facsimile:   (618) 222-6755
britt@cavanagh-ohara.com

Subscribed and sworn to before me this 18 day of July 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
TAMARA M. STICE
Notary Public, State of Illinois
My Commission Expires Jan. 30, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218, <br><br>    Plaintiffs, <br><br>vs. <br><br>ADVANCED METALCON & ASSOC. CORP., <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 06-CV-3239 |

## **ORDER**

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, ADVANCED METALCON & ASSOC. CORP., and that the Defendant has failed to anser or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, ADVANCED METALCON & ASSOC. CORP.

    A.    That Judgment be awarded in favor of the Plaintiffs and against the Defendant delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64; and further, that Judgment be awarded for any additional months in which contributions, at the time Judgment, have not been remitted to the Fund;

  B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

  C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $2,895.65, as provided by ERISA, 29 U.S.C. Section 1132(g)2).

  D. Defendant is ordered to pay all cost attendant to the cost of these proceedings.

ENTERED this _____ day of _____, 2007.

                    _____
                    **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>      Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-CV-3239<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**
**PURSUANT TO OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

TO:  Jeff Kroll, President
     Advanced Metalcon & Assoc. Corp.
     6515 Willow
     Spring Grove, Illinois 60081

    NOTICE HEREBY GIVEN to you that Plaintiffs, SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, filed a Motion for Default Judgment against you on 18th day of July 2007.

    YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

    DATED this 18th day of July 2007.

                                       SHEET METAL WORKERS #218 HEALTH

& WELFARE TRUST FUND, *et al*, Plaintiffs,

By:     s/Britt W. Sowle
       BRITT W. SOWLE
       **CAVANAGH & O'HARA**
       Attorneys for Plaintiffs
       1609 North Illinois Street
       Swansea, Illinois 62226
       Telephone: (618) 222-5945
       Facsimile: (618) 222-6755
       britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\Advanced Metal\Notice of Filing.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) No. 06-CV-3239 |
| ADVANCED METALCON & ASSOC. CORP., | )<br>)<br>) |
| Defendant. | ) |

**Certificate of Service**

      I hereby certify that on July 18, 2007, I electronically filed a Motion for Default Judgment with the Clerk of Court using the CM/ECF system and I hereby certify that on July 18, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

      Jeff Kroll, President
      Advanced Metalcon & Assoc. Corp.
      6515 Willow
      Spring Grove, Illinois 60081

      Respectfully submitted,
      s/britt w. sowle
      Britt W. Sowle
      Cavanagh & O'Hara
      1609 North Illinois Street
      Swansea, Illinois 62226
      Phone: (618)222-5945

Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com