IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS ) | |
| LOCAL 218 HEALTH & ) | |
| WELFARE FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  06-3239 |
| ) | |
| ADVANCED METALCON & ) | |
| ASSOC. CORP., ) | |
| ) | |
| Defendant. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 18). On July 17, 2007, Magistrate Judge Byron Cudmore entered an Order of Default (d/e 17) in Plaintiffs' favor and against Defendant. Plaintiffs then filed the instant Motion for Default Judgment and served it on Defendant by U.S. Mail. Defendant has failed to appear to oppose the Motion. The Court, having reviewed the pending Motion and the record, finds that an award of Default Judgment against Defendant Advanced Metalcon & Assoc. Corp. is appropriate, as follows:

1

A. Judgment is entered in favor of the Plaintiffs and against the Defendant for delinquent contributions due and owing for the period from December 2005 through January 2006, in the amount of $24,896.48, plus pre-judgment interest, and liquidated damages in the amount of $2,489.64.

B. Defendant is ordered to perform and to continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs with all required contribution reports and payments; and

C. Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $2,499.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2) and costs in the amount of $396.65; and

E. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: September 11, 2007

    FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE