AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Tuesday, 11 September, 2007   03:32:41 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SHEET METAL WORKERS LOCAL
218 HEALTH & WELFARE FUND, et al.**

      vs.                                               Case Number:   **06-3239**

**ADVANCED METALCON & ASSOC. CORP.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XXX **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott: A. Judgment is entered in favor of plaintiffs and against the Defendant for delinquent contributions due and owing for the period from December 2005 through January 2006, in the amount of $24,896.48, plus pre-judgment interest, and liquidated damages in the amount of $2,489.64. B. Defendant is ordered to perform and to continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs with all required contribution reports and payments; and C. Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $2,499.50, as provided by ERISA, 29 U.S.C. Section1132(g)(2) and costs in the amount of $396.65; and E. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

                ENTER this 11th  day of September, 2007

                JOHN M. WATERS, CLERK

                _____s/Christy Taylor_____
                BY:  DEPUTY CLERK