IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 06-CV-3239<br>)<br>)<br>)<br>)<br>) |

## CITATION TO DISCOVER ASSETS

TO:   Jeff Kroll, President
      Advanced Metalcon & Assoc. Corp.
      6515 Willow
      Spring Grove, Illinois 60081

**YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, November 8, 2007 at 3:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditor, SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, et. al. Judgment was entered against you on September 11, 2007, ordering you to pay Plaintiffs delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64 and for you to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to Plaintiffs with all required contribution reports and payments. Further, you were ordered to pay to Plaintiffs its attorney fees in the amount of $2,499.50, as provided by ERISA, 29 U.S.C., Section 1132(g)(2) and costs in the amount of $396.65 plus all costs attendant to these proceedings.

SCANNED
DATE: 9-24-07
BY: BH

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of ADVANCED METALCON & ASSOC. CORP..

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

WITNESS, 9/24, 2007.

(SEAL)

s/ John M Waters
Clerk of Court    BH

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

## SCHEDULE A

1. All books and records of ADVANCED METALCON & ASSOC. CORP., for the period of January 1, 2005 to current.

2. All payroll records of ADVANCED METALCON & ASSOC. CORP., for the period of January 1, 2005 to current.

3. Federal and State Income Tax Returns for ADVANCED METALCON & ASSOC. CORP., for the years 2005 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by ADVANCED METALCON & ASSOC. CORP., from January 1, 2005 to current.

5. All deeds relating to real estate owned in part or *in toto* by ADVANCED METALCON & ASSOC. CORP..

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or *in toto* by ADVANCED METALCON & ASSOC. CORP..

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or *in toto* by ADVANCED METALCON & ASSOC. CORP..

S:\c&o\Files\SMW 218\Deliq\Advanced Metal\CTDA.wpd