

### Keith Nygren, Sheriff of McHenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098        (815) 334-4720

| | |
|---|---|
| Case Number   06CV3239 | Docket-No   F-2007-01917 |
| Case Name     SHEET METAL WORKERS LOCAL 218, ET AL VS ADVANCED METALCON & ASSOC. | |
| Paper-Type    Citation | |
| Add'l Paper-Info   CENTRAL DIST OF IL | |

**DEFENDANT**   ADVANCED METALCON & ASSOC. CORP. THRU JEFF KROLL, PRES.
**AKA**
**Age**   0 Years Old       **Sex**                    **Race**
**Employer**
**Address**   6515 WILLOW
**Work Address**

SPRING GROVE, IL  60081-

**SERVICE INFORMATION**

Date Received  10/01/2007          Date Returned  10/04/2007
Date Served    10/03/2007          Time Served    8:10 AM
How Served     Corporate
Person Served  JEFF KROLL
     Relationship to Defendant  President
     Age  42 Years Old   Sex  Male       Race  White / Caucasian
Comments

Deputy  1890   MARZANO, WILLIAM F.
Deputy's Signature  *W. Marzano #1890*

**FEES**   Service and Return: $ 31.65      Mileage: $ 20.00      Total: $ 51.65

Thursday, October 04, 2007