AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

SHEET METAL WORKERS LOCAL 218
HEALTH AND WELFARE FUND, et al.,
   Plaintiffs,
-vs-
ADVANCED METALCON & ASSOC., CORP.,
   Defendant.

**APPEARANCE**

Case Number: 06-3239

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/6/2007 | s/ John A. Wolters |
| Date | Signature |
| | John A. Wolters     6270842 |
| | Print Name     Bar Number |
| | 407 East Adams Street, P. O. Box 5043 |
| | Address |
| | Springfield    IL    62705 |
| | City    State    Zip Code |
| | (217) 544-1771    (217) 544-9894 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I mailed by United States Postal Service, the Appearance of Attorney John A. Wolters to the following non-registered participants:

>Jeff Kroll, President
>Advanced Metalcon & Assoc. Corp.
>6515 Willow
>Spring Grove, IL 60081

>By:    s/ John A. Wolters
>JOHN A. WOLTERS
>**CAVANAGH & O'HARA**
>407 East Adams
>P. O. Box 5043
>Springfield, IL 62705
>Telephone: (217) 544-1771
>Facsimile: (217) 544-5236
>johnwolters@cavanagh-ohara.com