IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br><br>Defendant. | No. 06-CV-3239 |

## CITATION TO DISCOVER ASSETS

TO:   Bank of America
      2400 North Richmond Road
      McHenry, Illinois 60050

**YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, January 31, 2008 at 4:00 p.m.** to be examined under oath concerning the property or income of, ADVANCED METALCON & ASSOC., CORP.

On September 11, 2007, Judgment was entered in favor of the Plaintiffs and against Defendant, ADVANCED METALCON & ASSOC., CORP., for delinquent contributions for the period of December 2005 and January 2006 in the amount of $24,896.48 plus pre-judgment interest, liquidated damages in the amount of $2,489.64 and for Defendant to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to Plaintiffs with all required contribution reports and payments. Additionally, Defendant was ordered to pay to Plaintiffs its attorney fees in the amount of $2,499.50, as provided by ERISA, 29 U.S.C., Section 1132(g)(2) and costs in the amount of $396.65 plus all costs attendant to these proceedings.

**YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of ADVANCED METALCON & ASSOC., CORP.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS, 1-11, 2008

(SEAL)

s/ Pamela E. Robinson
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218<br><br>   Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-CV-3239<br>)<br>)<br>)<br>) |

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $_____

B)   Checking and/or Now Account (Amount withheld) $_____

C)   Certificate of Deposit (Amount held)$_____

D)   Money Market Account (Amount held) $_____

E)   Trust Account (Amount held) $_____

F)   Safety Deposit Box $_____

G) No Accounts _____

H) Adverse Claimant: Name _____ Address _____

_____

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

    Attach a sheet for any additional information required by the Citation

**Sub-Total** _____

Less right of offset for other loans    _____

Less deduction for fees limited by
205 ILCS 5/48.1    _____

**Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

_____
Date

Respondent/Agent:

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**