IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL, WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>        Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-CV-3239<br>)<br>)<br>)<br>) |

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_STATE BANK GROUP_
_BY: F.C. WOJTASIEWICZ_ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)    Savings Account (Amount withheld) $ _____

B)    Checking and/or Now Account (Amount withheld) $ _____

C)    Certificate of Deposit (Amount held) $ _____

D)    Money Market Account (Amount held) $ _____

E)    Trust Account (Amount held) $ _____

F)    Safety Deposit Box $ _____

Page 3 of 4

(**G**)  No Accounts _____

H)  Adverse Claimant: Name _____ Address _____
_____

I)  Wages, Salary or Commissions _____

J)  Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

**Sub-Total** _____

Less right of offset for other loans    _____

Less deduction for fees limited by
205 ILCS 5/48.1                         _____

**Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

State Bank Group
BY: F.C. Wojtasiewicz
Agent for Citation Respondent

1-22-08
Date

Respondent/Agent:
 STATE BANK GROUP
Agent Name BY: F. C. WOJTASIEWICZ
Business Name STATE BANK GROUP
Address 7526 HANCOCK DR.
 WONDER LAKE, IL
Phone 815-728-8000
Fax 815-728-1109

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

Page 4 of 4