

Keith Nygren, Sheriff of Mchenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098  (815) 334-4720

Court Number: 06CV3239          Docket-No EF23F -08000663-001
**Case Name: SHEET METAL WORKERS LOCAL 218 ET AL vs. ADVANCED METALCON & AS, SOC. CORP**
Paper Type: CITATION TO DISCOVER
Additional Paper Info:  CENTRAL DISTRICT    SPRINGFIELD DIVISION

Person Served:  JOHNSBURG STATE BANK

Relationship to Defendant:

Business Name:

Additional Name Information:

Address:  3503 N CHAPEL HILL ROAD
          MCHENRY, IL  60050
Second Address:

SERVICE INFORMATION

Date Received:  01/18/2008            Served OR ~~Returned~~: 01/22/2008

How Served: CORPORATE              Time:  12:30

SERVED THRU LOAN OFFICER JOE SCHACHELMAYER M/W AGE 71.

Deputy: 1890  MARZANO, WILLIAM
Deputy's Signature  _W. Marzano #1890_

FEES:  SERVICE & RETURN:  $  31.65   Mileage:$ 15.00  Total:$ 46.65