

**Keith Nygren, Sheriff of Mchenry County, Woodstock, IL**
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098 (815) 334-4720

Court Number: 06CV3239       Docket-No EF23F -08000659-001
**Case Name: SHEET METAL WORKERS LOCAL 218 ET AL vs. ADVANCED METALCON & AS, SOC. CORP**
Paper Type: CITATION TO DISCOVER
Additional Paper Info: CENTRAL DISTRICT    SPRINGFIELD DIVISION

Person Served: CHASE BANK

Relationship to Defendant:

Business Name:

Additional Name Information:

Address: 4302 W ELM ST
          MCHENRY, IL 60050
Second Address:

## SERVICE INFORMATION

Date Received: 01/18/2008            Served OR ~~Returned:~~ 01/22/2008

How Served: CORPORATE               Time: 12:45

SERVED THRU BRANCH MANAGER MIKE WINTERS M/W AGE 25.

Deputy: 1890 MARZANO, WILLIAM

Deputy's Signature _W. Marzano #188_

FEES: SERVICE & RETURN: $ 31.65    Mileage:$ 15.00 Total:$ 46.65