IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND and SHEET METAL WORKERS LOCAL #218,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED METALCON & ASSOC. CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-CV-3239<br>)<br>)<br>)<br>) |

FILED
JAN 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_Bank of America, N.A._ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____

B) Checking and/or Now Account (Amount withheld) $ _____

C) Certificate of Deposit (Amount held) $ _____

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

Page 3 of 4

LTS #: _F012508000308_
Due: _1-31-08_

(G)  No Accounts  _Account closed 6/07_

H)  Adverse Claimant: Name _____ Address _____

I)  Wages, Salary or Commissions _____

J)  Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub-Total _____

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1                         _____

Total _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_Carmela Moreno_
Agent for Citation Respondent

_1/25/08_
Date

Respondent/Agent:

Agent Name _Carmela Moreno_
Business Name _Bank of America, N.A._
Address _1425 NW 62nd St_
_Ft. Laud., FL 33309_
Phone _954-473-7710_
Fax _404-533-3209_

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**